on the finding that the plaintiff's intestate crossed over in front of the south-bound car.

George Hansman and Another, Respondents, v. William Hansman and Another, Appellants.— Judgment affirmed, with costs.    All concurred.

Mississippi Valley Trust Company, Ancillary Executor, etc., of Marx Hammer, Deceased, Respondent, v. Masonic Life Association, Appellant. — Judgment and order affirmed, with costs.    All concurred.

In the Matter of the Judicial Settlement of the Accounts of William T. Gaynor, as Administrator, etc., of Katherine G. Gaynor, Deceased, Appellant.    Joseph M. Meatyard, Respondent.— Order reversed, without costs. (See *Matter of Dunn*, 164 App. Div. 134.)    All concurred.

In the Matter of the Judicial Settlement of the Accounts of William T. Gaynor and Another, as Executors, etc., of the Will of Edward Gaynor, Deceased, Appellants.    Joseph M. Meatyard, Respondent.— Order reversed, with costs.    (See *Matter of Dunn*, 164 App. Div. 134.)    All concurred.

John A. Markett, Respondent, v. Hulda Gemke, Appellant.— Judgment of Supreme Court and judgment of City Court reversed, with costs to appellant to abide event, and a new trial granted to be had in Buffalo City Court on the 8th day of June, 1916, at 10 A. M.    Held, that while the plaintiff, if acting in good faith, under the danger clause in the mortgage, had the right to take possession of the property and sell the same, that question was one of fact and should have been submitted to the jury. All concurred.

John H. Prather, Appellant, v. Michael Barrett, Respondent.— Judgment and order affirmed, with costs.    All concurred.

Claerchen Wittemann, Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred, except Foote and Merrell, JJ., who dissented.

Sophia Countryman, Respondent, v. Richard Countryman and Another, Appellants.— Interlocutory judgment affirmed, with costs.    All concurred.

Milford P. Milks, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements.    All concurred.

Munson B. Doud, Respondent, v. The City of Corning, Appellant.— Judgment affirmed, with costs.    All concurred.

Lieudella Doud, Respondent, v. The City of Corning, Appellant.— Judgment affirmed, with costs.    All concurred.

Thomas E. Clark, Respondent, v. The City of Niagara Falls, Appellant. — Judgment and order affirmed, with costs.    All concurred.

The People of the State of New York, Respondent, v. Theodore J. Vogelgesang, Appellant.— Motion for leave to appeal to Court of Appeals granted.

The City of Buffalo, Respondent, v. Buffalo Yacht Club and County of Erie, Appellants.— Motion granted and appeal dismissed, with costs, including ten dollars costs of this motion.